# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 24, 2017

153732

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

SC: 153732
COA: 325144
Genesee CC: 13-033028-FC

TRAVIS JAMES HENRY,
     Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the April 19, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 24, 2017           

p0117

Clerk